# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GREGORY CONDAY | * | CIVIL NO. 07-cv-0882 |
| VERSUS | * | MAGISTRATE JUDGE HILL |
| THE OFFSHORE DRILLING COMPANY | * | BY CONSENT OF THE PARTIES |

## ORDER

Before the court is the defendant's Motion in *Limine* to exclude evidence regarding Negligence *per se* and Comparative Fault based on alleged violations of OSHA regulations. [rec. doc. 49]. By letter dated September 28, 2009, plaintiff's counsel has advised that the plaintiff does not oppose the Motion.

The violation of an OSHA regulation is not a base for a claim of negligence *per se,* nor does such a violation preclude a finding of comparative negligence. *Jones v. Spentonbush-Red Star Co.*, 155 F.3d 587, 594-596 (5th Cir. 1998). However, evidence of an OSHA violation is properly admissible as evidence of negligence, and may be presented to establish the standard of care under a general negligence analysis. *Id.* at 595-596. Accordingly;

The defendant's Motion in *Limine* to exclude evidence regarding Negligence *per se* and Comparative Fault based on alleged violations of OSHA regulations [rec. doc. 49] is **granted**. Accordingly, plaintiff will not be permitted to suggest or argue to the jury that the defendant's violation of an OSHA regulation causes the defendant to be negligent *per se* or precludes the assessment of plaintiff's comparative negligence. The evidence may, however, be presented to

support a claim of general negligence against the defendant.

Signed this 7th day of October, 2009, Lafayette, Louisiana.

_____
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE